# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00104-CR

**Brendon Bolsins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 72200, HONORABLE JOHN GAUNTT, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Brendon Bolsins pleaded guilty to the offense of theft. He has now filed a pro se notice of appeal from the trial court's order of deferred adjudication. However, the district court has certified that Bolsins has waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed

Filed: March 28, 2014

Do Not Publish